**DISMISS; and Opinion Filed July 16, 2013.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01337-CV

### CECILIA HURST AND ALL OCCUPANTS OF
### 1016 ROSEMONT DR., DESOTO, TEXAS 75115, Appellant
### V.
### U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MIMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-RM5, Appellee

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-03218-C

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it the parties' July 11, 2013 joint motion to dismiss. We **GRANT**

the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM

121337F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CECILIA HURST AND ALL
OCCUPANTS OF 1016 ROSEMONT DR.,
DESOTO, TEXAS 75115, Appellant

No. 05-12-01337-CV          V.

U.S. BANK, NATIONAL ASSOCIATION,
AS SUCCESSOR TRUSTEE TO BANK OF
AMERICA, N.A. AS SUCCESSOR BY
MERGER TO LASALLE BANK, N.A. AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE MIMI
TRUST, MORTGAGE LOAN ASSET-
BACKED CERTIFICATES, SERIES 2006-
RM5, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-03218-C.
Opinion delivered per curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that each party bears its own costs of this appeal.

Judgment entered this 16th day of July, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE